# United States Court of Appeals for the Federal Circuit

## E R R A T A

June 18, 2008

Appeal No. 2007-1198,-1348, NILSSEN v. OSRAM

Precedential Opinion

Decided:          June 17, 2008

Please make the following change to Judge Newman's Dissenting Opinion:

On page 5, line 22, before "not relevant" change "are" to -is-.